■ FRANK KWASNIK, Appellant, v WILLO PACKING Co., INC., et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Kings County, dated February 8, 1977, as corrected by a stipulation dated March 10, 1977, which denied his motion, inter alia, for summary judgment. Order, as corrected, affirmed, without costs or disbursements. In Kwasnik v Willo Packing Co. (61 AD2d 791), we reversed another order of the same court which granted the motion of Willo Packing Co. to vacate a prior judgment of that court, which had confirmed an arbitrator's award in favor of the plaintiff. The award directed that the plaintiff be reinstated to his prior position. Because of its disposition of the motion of Willo Packing Co., Special Term denied the relief sought by the plaintiff in this motion. Notwithstanding the award of the arbitrator that the plaintiff be reinstated, Willo Packing Co., in the affidavit submitted in opposition to the motion, has raised an issue of fact with respect to whether the plaintiff's prior position has been abolished. Therefore, a disposition of this action can be made only after a trial on the merits. Martuscello, J. P., Titone, Suozzi and Cohalan, JJ., concur.

■ CARL H. NEUMAN, Doing Business as SARAH R. NEUMAN NURSING HOME AND HEALTH RELATED FACILITY, et al., Appellants, v CHARLES J. HYNES, as Deputy Attorney-General of the State of New York, Respondent.—In a proceeding pursuant to CPLR 2304 to quash certain subpoenas duces tecum, the petitioners appeal from so much of an order of the Supreme Court, Westchester County, dated May 17, 1978, as denied the relief requested. Order affirmed insofar as appealed from, without costs or disbursements, on the memorandum of Mr. Justice McNab at Special Term. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

■ RELIABLE BUSES, INC., Appellant, v NEW YORK NEWS, INC., Respondent, et al., Defendants.—Order of the Supreme Court, Kings County, dated March 10, 1978, affirmed, without costs or disbursements, on the opinion of Mr. Justice Monteleone at Special Term. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.